127 F.3d 1095
 Kearny Barge Co., Inc.
v.
Global Insurance Company, Albany Insurance Company, American
Home Assurance Company, American Motorists Insurance
Company, Atlantic Mutual Insurance Company, Commercial Union
Insurance Company, Continental Insurance Company, Fireman's
Fund Insurance Company, Generali-U.S. Branch, Great American
Insurance Company, Hartford Fire Insurance Company, Home
Insurance Company, Insurance Company of North America, New York Marine
 NO. 96-5709
 United States Court of Appeals,
Third Circuit.
 Aug 27, 1997
 
 Appeal From: D.N.J. ,No.95cv2103 ,
 Lechner, J.,
 
 943 F.Supp. 441
 
 1
 Affirmed.